UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PEARSON,<br><br>                         Plaintiff,<br><br>           -against-<br><br>STATE OF NEW YORK, ET AL.,<br><br>                         Defendants. | 24cv4341 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 16, 2024
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge